IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SOPRAMCO CV9 CFL, LLC,** | CIVIL CASE NO. 09-1916 (DRD) |
| **Plaintiff,** | |
| vs. | |
| **HEIDI ANN CORREA ROSA;** **ANTONIA SANCHEZ LOPEZ** | COLLECTION OF MONIES AND FORECLOSURE OF MORTGAGE |
| **Defendants** | |

### SPECIAL MASTER'S MINUTE AND REPORT FOR FIRST JUDICIAL SALE

1. Public notice was given, as per the Notice of Sale issued on May 14, 2010, that Special Master Hans López Stubbe would celebrate on the 6th day of August, 2010, at 1:30 p.m., in the Office of the U.S. Marshal for Puerto Rico, Room 150, Federal Building, Chardon Avenue, Hato Rey, Puerto Rico in accordance with 28 U.S.C. § 2001, public auction to the highest bidder, the property described herein, the proceeds of said sale to be applied in the manner and form provided by the Court's Judgment.

2. On the 6th day of August, 2010, at 1:30pm in Room 150, I celebrated the first judicial sale related to the property described herein. No person bid any amounts towards obtaining the property. A plaintiff's representative was noted as present but abstained from bidding. Therefore this judicial sale will be continued to a second judicial sale.

The second judicial sale has been scheduled for the **13th day of August, 2010 at 1:30 p.m.** in the Office of the U.S. Marshal located at the address indicated above.

In San Juan, Puerto Rico, this 6th day of August, 2010.

_____
**Hans López Stubbe**
Appointed Special Master